COURT OF APPEALS OF VIRGINIA

Present:   Judges Frank, Huff and Senior Judge Haley

ISLAND CREEK COAL COMPANY AND
  WELLS FARGO DISABILITY

                                                    MEMORANDUM OPINION[*]
v.        Record No. 0958-13-3                          PER CURIAM
                                                      OCTOBER 8, 2013
DANNY WILSON


            FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

            (Nate D. Moore; Penn, Stuart & Eskridge, on brief), for appellants.

            (Gerald F. Sharp, on brief), for appellee.


        Island Creek Coal Company and Wells Fargo Disability appeal a decision of the

Workers' Compensation Commission finding that Danny Wilson's current symptoms were

causally related to a 1989 work injury and that he is entitled to payment of medical treatment and

medication.  Appellants claim the commission failed to consider two MRI reports in determining

whether Wilson's symptoms were causally related to the 1989 injury, failure to consider the

MRIs was not harmless error, and the commission shifted the burden of proof to the employer to

demonstrate the symptoms were not causally related to the work injury.  We have reviewed the

record and the commission's opinion and find that this appeal is without merit.  Accordingly, we

affirm for the reasons stated by the commission in its final opinion.  See Wilson v. Island Creek

Coal Co., Consol. Coal Co., VWC File No. JCN 140-83-59 (Apr. 26, 2013).  We dispense with

oral argument and summarily affirm because the facts and legal contentions are adequately

        [*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.

presented in the materials before the Court and argument would not aid the decisional process.

See Code § 17.1-403; Rule 5A:27.

Affirmed.